**STATE of Missouri, Respondent,**

v.

**James KOBERMANN, Defendant / Appellant.**

**No. ED 104356**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: October 17, 2017

ATTORNEY FOR APPELLANT: Casey Allen Taylor, Public Defender's Office, 1000 West Nifong, Bldg 7, Suite 100, Columbia, Missouri 65203.

ATTORNEY FOR RESPONDENT: Joshua D. Hawley, Attorney General, Karen Louise Kramer, Assistant Attorney General, Office of Attorney General, P.O. Box 899, Jefferson City, MO 65102.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

**2.** All rule references are to Missouri Supreme Court Rules (2017), unless otherwise indicated.

**1.** Unless otherwise indicated, all further statutory references are to RSMo 2000 as amended.

ORDER

PER CURIAM

James Kobermann appeals from judgment upon his conviction after a jury trial on one count of second-degree felony murder, in violation of Section 565.021 RSMo 2000 [1], and one count of distribution of a controlled substance, in violation of Section 195.211 [2], arguing that the evidence presented was insufficient to support conviction on the felony murder count. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

**2.** Effective January 1, 2017, this Section has been transferred to Section 579.055.